IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00900-JLK
(Bankruptcy Case No. 13-29222-HRT)

IN RE:
ARVADA STRUCTURES, LLC

_____Debtor._____

ARVADA STRUCTURES, LLC,

      Appellant,

v.

2010-1 RADC/CADC VENTURE, LLC

_____Appellee._____

**EMERGENCY MOTION FOR STAY PENDING APPEAL**

The Debtor/Appellant, Arvada Structures, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Garber, P.C., pursuant to Fed. R. Bankr. P. 8005, hereby requests a stay pending appeal, and as grounds therefore states as follows:

1. Counsel for the Debtor has spoken with counsel for 2010-1 RADC/CADC Venture, LLC ("Venture") regarding the relief requested in this motion, which Venture opposes.

2. All the grounds raised in support of the granting of this motion were submitted to the bankruptcy judge.

3. The Debtor is requesting that the District Court provide the Debtor with a stay pending appeal because the Bankruptcy Court denied the Debtor a stay pending appeal.

4.     The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on November 19, 2013.

5.     The Debtor owns part of the Westwoods Shopping Center located in Arvada, Colorado (the "Property"). A description of the Property is attached hereto and incorporated herein as Exhibit A. The Property has approximately 80,648 square feet and currently 82% of the property is leased by a total of 7 tenants. The Property is in a receivership.

6.     Venture is the primary secured creditor which holds a senior lien on the Property. Venture filed a Motion for Relief from the Automatic Stay in the Debtor's bankruptcy case, which was granted by the Bankruptcy Court. The Order granting said Motion for Relief from the Automatic Stay was entered on March 13, 2014 ("Stay Relief Order").

7.     On March 27, 2014, the Debtor filed a Notice of Appeal to appeal the Stay Relief Order. Additionally, the Debtor filed a Statement of Election to have the appeal heard by the United States District Court for the District of Colorado.

8.     Also on March 27, 2014, the Debtor filed an Emergency Motion for Stay Pending Appeal with the Bankruptcy Court. A hearing on the motion was held on April 1, 2014. The Bankruptcy Court entered an Order Denying Motion for Stay Pending Appeal on April 4, 2014 ("Order"). Pursuant to the Order, the Bankruptcy Court granted the Debtor a stay of fourteen (14) days to allow the Debtor to file this motion with the United States District Court for the District of Colorado requesting a stay pending appeal.

9.     The foreclosure sale of the Property has been rescheduled for Wednesday, April 23, 2014.

10. There is good cause for entering a stay pending appeal. Venture held the Property in receivership for approximately 2½ years before initiating a foreclosure. Additionally, based upon testimony at the hearing on the Motion, the Property generates a significant net cash flow. In fact, the December 2013 Receiver's Report shows net income for 2013 in the amount of $372,532. A copy of the income statement is attached hereto as Exhibit B. Because a new anchor tenant only started paying rent in December 2013, the net income is sure to increase substantially in 2014.

11. The Debtor has filed a Plan of Reorganization and believes that the Plan is confirmable and in the best interests of creditors.

12. If the foreclosure sale proceeds, it is highly likely that the Debtor's appeal will become moot. If a stay pending appeal is entered, the Receiver will continue to operate the Property as it has during the past three years, and Venture will have the benefit of all net income.

13. Granting this Motion for Stay pending appeal will not prejudice Venture, while denying such Motion will cause irreparable harm to the Debtor.

14. Due to the fact that the foreclosure sale is scheduled to occur within the week, the Debtor respectfully requests an expedited ruling. An Affidavit in Support of Emergency Motion for Stay Pending Appeal is attached hereto as Exhibit C.

15. The office address and telephone number for counsel for the Debtor is included in the signature block below. The office address and telephone number for counsel for Venture is:

Lino S. Lipinsky de Orlov

McKenna Long & Aldridge LLP

1400 Wewatta Street, Suite 700

Denver, CO 80202

Telephone: 303-634-4000.

WHEREFORE, the Debtor respectfully requests that the Court grant the Debtor a stay pending appeal, and any additional relief the Court deems appropriate.

DATED: April 18, 2014                                 Respectfully submitted,

                                                      By: _____
                                                      Jeffrey S. Brinen #20565
                                                      Benjamin H. Shloss #39276
                                                      **KUTNER BRINEN GARBER, P.C.**
                                                      303 East 17th Avenue, Suite 500
                                                      Denver, CO 80203
                                                      Telephone: (303) 832-2400
                                                      Telecopy: (303) 832-1510

## CERTIFICATE OF SERVICE

  The undersigned certifies that on April 18, 2014 a copy of the **EMERGENCY MOTION FOR STAY PENDING APPEAL** was served in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c), (if applicable), on all interested parties to the following addresses:

Lino S. Lipinsky de Orlov, Es.q
McKenna Long & Aldridge LLP
1400 Wewatta St., Suite 700
Denver, CO 80202-5556

                   *s/ Angela R. Upton*
                   Angela R. Upton

**Exhibit A**

## LEGAL DESCRIPTION

**Lot 4, Westwoods Shopping Center Filing No. 2, according to the plat recorded June 18, 2003 at Reception No. F1781698, County of Jefferson, State of Colorado;**

And

Tract "A", the Meadows at Westwoods Shopping Center, according to the plat recorded February 28, 2002 at Reception No. F1432695, County of Jefferson, State of Colorado;

Together with those easement rights contained in Declaration of Reciprocal Easement and Restrictions recorded February 11, 2003 at Reception No. F1673475, ratified by Ratification of Common Area Maintenance Agreement for Westwoods Shopping Center and Ratification of Declaration of Reciprocal Easements and Restrictions recorded March 17, 2003 at Reception No. F1700516 and First Amendment to Declaration of Reciprocal Easements and Restrictions recorded June 23, 2003 at Reception No. F1784807.

Together with perpetual non- exclusive easements for parking as created by Declaration of Reciprocal Parking Easements recorded February 25, 2004 at Reception No. F1969952;

County of Jefferson, State of Colorado.

Also knows and numbered as 15200 West 64th Avenue, Arvada, Colorado 80007

```
Database:  CBRE                                                                                                              Page:          1
ENTITY:    DYU001                         Comparative Income Statement                                                       Date:  1/10/2014
                                          DETAIL INCOME STATEMENT                                                            Time:  12:55 PM
Cash                                              CBRE
Report ID: CB_CMPINC#                       Arvada Structures, LLC

                                  Report includes an open period. Entries are not final.

                                                 Current Period                                  Year-To-Date
                                                    Budget                                         Budget
                          Actual                                              Actual
                         Dec 2013     Dec 2013      Variance                 Dec 2013     Dec 2013    Variance
                 Thru:

REVENUE

RENTAL OPERATIONS
4110000 TENANT RENTS     69,079.44   67,736.00    1,343.44      1.98%       736,037.87   619,291.00   116,746.87   18.85%
4120000 FREE RENT-ACTUAL      0.00        0.00        0.00      0.00%       (82,601.31)        0.00   (82,601.31)   0.00%
                         ---------   ---------   ---------                  -----------  ----------   -----------
        TOTAL RENTAL OPERATIONS
                         69,079.44   67,736.00    1,343.44      1.98%       653,436.56   619,291.00    34,145.56    5.51%

EXPENSE RECOVERIES
4210000 OPERATING EXP RECOVERIES
                         30,990.48   34,552.00   (3,561.52)   -10.31%       299,223.91   294,452.00     4,771.91    1.62%
4245000 PRIOR YR. CAM ADJUSTMENT
                              0.00        0.00        0.00      0.00%       (16,426.74)        0.00   (16,426.74)   0.00%
4290000 OTHER RECOVERIES (1,000.00)       0.00   (1,000.00)     0.00%       (11,010.37)        0.00   (11,010.37)   0.00%
                         ---------   ---------   ---------                  -----------  ----------   -----------
        TOTAL EXPENSE RECOVERIES
                         29,990.48   34,552.00   (4,561.52)   -13.20%       271,786.80   294,452.00   (22,665.20)  -7.70%

        TOTAL REVENUES   99,069.92  102,288.00   (3,218.08)    -3.15%       925,223.36   913,743.00    11,480.36    1.26%

OPERATING EXPENSES

UTILITIES
5110000 ELECTRIC            804.16      590.00     (214.16)   -36.30%         8,130.06     7,725.00     (405.06)   -5.24%
5130000 WATER AND SEWER   2,335.01    1,200.00   (1,135.01)   -94.58%        15,808.17    14,400.00   (1,408.17)   -9.78%
5135000 WATER IRRIGATION      0.00        0.00        0.00      0.00%             0.00     3,050.00    3,050.00  100.00%
                         ---------   ---------   ---------                   ---------    ---------   ---------
        TOTAL UTILITIES   3,139.17    1,790.00   (1,349.17)   -75.37%        23,938.23    25,175.00    1,236.77    4.91%

JANITORIAL
5240000 DAY PORTER            0.00      350.00      350.00    100.00%           600.00     4,200.00    3,600.00   85.71%
                         ---------   ---------   ---------                   ---------    ---------   ---------
        TOTAL JANITORIAL      0.00      350.00      350.00    100.00%           600.00     4,200.00    3,600.00   85.71%

REPAIRS AND MAINTENANCE
5510000 ROOF REPAIRS      1,359.00        0.00   (1,359.00)     0.00%        13,336.85     1,000.00  (12,336.85) -1233.69%
5530000 PLUMBING REPAIRS      0.00        0.00        0.00      0.00%         1,025.00     1,000.00      (25.00)   -2.50%
5540000 EXT. REPAIR AND MAINT 0.00        0.00        0.00      0.00%         1,380.00         0.00   (1,380.00)    0.00%
```

**Exhibit B**

| Database: | CBRE | | | Comparative Income Statement | | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| ENTITY: | DYU001 | | | DETAIL INCOME STATEMENT | | | | | Date: | 1/10/2014 |
| Cash | | | | CBRE | | | | | Time: | 12:55 PM |
| Report ID: | CB_CMPINC# | | | Arvada Structures, LLC | | | | | | |

Report includes an open period. Entries are not final.

| | Thru: | Actual Dec 2013 | Current Period Budget Dec 2013 | Variance | | Actual Dec 2013 | Year-To-Date Budget Dec 2013 | Variance | |
|---|---|---|---|---|---|---|---|---|---|
| 5560000 | R & M - SALARY | 282.00 | 420.00 | 138.00 | 32.86% | 4,646.00 | 5,040.00 | 394.00 | 7.82% |
| 5570000 | FIRE AND SAFETY | 193.56 | 540.00 | 346.44 | 64.16% | 7,995.20 | 8,820.00 | 824.80 | 9.35% |
| 5590000 | REPAIR AND MAINT-OTHER | 300.00 | 0.00 | (300.00) | 0.00% | 3,259.10 | 1,000.00 | (2,259.10) | -225.91% |
| 5596000 | KEYS & LOCKS | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | 210.00 | 210.00 | 100.00% |
| | TOTAL REPAIRS AND MAINTENANCE | 2,134.56 | 960.00 | (1,174.56) | -122.35% | 31,642.15 | 17,070.00 | (14,572.15) | -85.37% |
| LOT AND LANDSCAPE | | | | | | | | | |
| 5610000 | CONTRACT SERV-LOT SWEEP | 0.00 | 375.00 | 375.00 | 100.00% | 365.00 | 4,500.00 | 4,135.00 | 91.89% |
| 5630000 | TRASH REMOVAL | 866.10 | 625.00 | (241.10) | -38.58% | 8,691.24 | 7,500.00 | (1,191.24) | -15.88% |
| 5640000 | CONTRACT SERV-LANDSCAPE | 0.00 | 363.00 | 363.00 | 100.00% | 351.58 | 4,356.00 | 4,004.42 | 91.93% |
| 5650000 | REPAIRS & MAINT-LNSCPNG | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | 5,150.00 | 5,150.00 | 100.00% |
| 5670000 | SNOW REMOVAL | 0.00 | 5,000.00 | 5,000.00 | 100.00% | 4,735.00 | 15,500.00 | 10,765.00 | 69.45% |
| 5690000 | LOT AND LANDSCAPE-OTHER | 17,814.15 | 300.00 | (17,514.15) | -5838.05% | 17,814.15 | 5,440.00 | (12,374.15) | -227.47% |
| | TOTAL LOT AND LANDSCAPE | 18,680.25 | 6,663.00 | (12,017.25) | -180.36% | 31,956.97 | 42,446.00 | 10,489.03 | 24.71% |
| PROPERTY MANAGEMENT EXPENSE | | | | | | | | | |
| 5810000 | MANAGEMENT FEE | 3,000.00 | 3,000.00 | 0.00 | 0.00% | 36,000.00 | 36,000.00 | 0.00 | 0.00% |
| | TOTAL PROPERTY MANAGEMENT EXPE | 3,000.00 | 3,000.00 | 0.00 | 0.00% | 36,000.00 | 36,000.00 | 0.00 | |
| PROPERTY TAXES | | | | | | | | | |
| 5900000 | PROPERTY TAXES | 0.00 | 30,879.00 | 30,879.00 | 100.00% | 355,826.66 | 370,548.00 | 14,721.34 | 3.97% |
| | TOTAL PROPERTY TAXES | 0.00 | 30,879.00 | 30,879.00 | 100.00% | 355,826.66 | 370,548.00 | 14,721.34 | 3.97% |
| INSURANCE | | | | | | | | | |
| 6010000 | PROP DAMAGE AND LIAB | 0.00 | 1,236.00 | 1,236.00 | 100.00% | 25,214.00 | 14,832.00 | (10,382.00) | -70.00% |
| | TOTAL INSURANCE | 0.00 | 1,236.00 | 1,236.00 | 100.00% | 25,214.00 | 14,832.00 | (10,382.00) | -70.00% |
| COMMON AREA MAINTENANCE | | | | | | | | | |
| 6190000 | CAM-OTHER | 0.00 | 0.00 | 0.00 | 0.00% | 14,400.00 | 0.00 | (14,400.00) | 0.00% |
| | TOTAL COMMON AREA MAINTENANCE | 0.00 | 0.00 | 0.00 | | 14,400.00 | 0.00 | (14,400.00) | |

Database: CBRE
ENTITY: DYU001
Cash
Report ID: CB_CMPINC#

**Comparative Income Statement**
**DETAIL INCOME STATEMENT**
**CBRE**
**Arvada Structures, LLC**

Page: 3
Date: 1/10/2014
Time: 12:55 PM

Report includes an open period. Entries are not final.

| Thru: | Actual Dec 2013 | Current Period Budget Dec 2013 | Variance | | Actual Dec 2013 | Year-To-Date Budget Dec 2013 | Variance | |
|---|---|---|---|---|---|---|---|---|
| **PARKING** | | | | | | | | |
| 6330000 PARKING REPAIRS | 0.00 | 0.00 | 0.00 | 0.00% | 3,669.50 | 10,000.00 | 6,330.50 | 63.31% |
| TOTAL PARKING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00% | 3,669.50 | 10,000.00 | 6,330.50 | 63.31% |
| **INDIRECT OPERATING EXPENSE** | | | | | | | | |
| 711000 VACANT SPACE UTILITIES | 1,621.42 | 1,000.00 | (621.42) | -62.14% | 19,439.63 | 12,000.00 | (7,439.63) | -62.00% |
| 712000 HVAC- N/R | 355.33 | 0.00 | (355.33) | 0.00% | 355.33 | 3,200.00 | 2,844.67 | 88.90% |
| 714000 BLDG REPAIRS & MAINT-N/R | 0.00 | 0.00 | 0.00 | 0.00% | 385.03 | 1,000.00 | 614.97 | 61.50% |
| TOTAL INDIRECT OPERATING EXPENSE | 1,976.75 | 1,000.00 | (976.75) | -97.68% | 20,179.99 | 16,200.00 | (3,979.99) | -24.57% |
| TOTAL OPERATING EXPENSES | 28,930.73 | 45,878.00 | 16,947.27 | 36.94% | 543,427.50 | 536,471.00 | (6,956.50) | -1.30% |
| NET OPERATING INCOME | 70,139.19 | 56,410.00 | 13,729.19 | 24.34% | 381,795.86 | 377,272.00 | 4,523.86 | 1.20% |
| **GENERAL AND ADMINISTRATIVE** | | | | | | | | |
| 720000 GENERAL & ADMINISTRATIVE | 0.00 | 30.00 | 30.00 | 100.00% | 495.56 | 360.00 | (135.56) | -37.66% |
| 722000 DATA PROCESSING FEES | 28.00 | 0.00 | (28.00) | 0.00% | 281.00 | 0.00 | (281.00) | 0.00% |
| 725000 LEGAL FEES | 4,710.00 | 350.00 | (4,360.00) | 1245.71% | 59,164.78 | 4,200.00 | (54,964.78) | -1308.69% |
| 727000 PROFESSIONAL FEES-OTHER | 0.00 | 15.00 | 15.00 | 100.00% | 0.00 | 180.00 | 180.00 | 100.00% |
| TOTAL GENERAL AND ADMINISTRATIVE | 4,738.00 | 395.00 | (4,343.00) | 1099.49% | 59,941.34 | 4,740.00 | (55,201.34) | -1164.59% |
| NET INCOME | 65,401.19 | 56,015.00 | 9,386.19 | 16.76% | 321,854.52 | 372,532.00 | (50,677.48) | -13.60% |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00900-JLK
(Bankruptcy Case No. 13-29222-HRT)

IN RE:
ARVADA STRUCTURES, LLC

_____Debtor._____

ARVADA STRUCTURES, LLC,

       Appellant,

v.

2010-1 RADC/CADC VENTURE, LLC

_____Appellee._____

**AFFIDAVIT IN SUPPORT OF EMERGENCY MOTION
FOR STAY PENDING APPEAL**

I, Benjamin H. Shloss, being duly sworn, state:

1. I am over the age of 21 and am counsel for the the Debtor/Appellant, Arvada Structures, LLC ("Debtor").

2. The Debtor owns part of the Westwoods Shopping Center located in Arvada, Colorado (the "Property").

3. 2010-1 RADC/CADC Venture, LLC ("Venture") is the primary secured creditor which holds a senior lien on the Property. The Bankruptcy Court granted Venture relief from the automatic stay to allow Venture to foreclose the Property.

4. The Debtor has appealed the Bankruptcy Court's order granting Venture relief from stay.

**Exhibit C**

5. A foreclosure sale of the Property is currently scheduled for Wednesday, April 23, 2014.

6. If the foreclosure sale proceeds, the Debtor will lose the Property and its appeal will become moot.

7. Due to the fact that the foreclosure sale is scheduled to occur within the week, the Debtor requires an expedited ruling.

8. I have spoken to counsel for Venture regarding the filing of this Motion.

FURTHER AFFIANT SAYETH NOT.

DATED this 18th day of April, 2014.

_____
Benjamin H. Shloss

STATE OF COLORADO   )
CITY AND            ) ss.
COUNTY OF DENVER    )

The foregoing Affidavit in Support of Emergency Motion for Stay Pending Appeal was acknowledged before me this 18th day of April, 2014, by Benjamin H. Shloss.

WITNESS MY HAND AND OFFICIAL SEAL.

My commission expires: 1/5/18

ANGELA R. UPTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20094043096
MY COMMISSION EXPIRES JANUARY 5, 2018

_____
Notary Public

2